IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAYMERE WISHER, | § | |
| | § | No. 45, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1406017459 |
| STATE OF DELAWARE, | § | 1508021812 (N) |
| | § | |
| Appellee. | § | |

Submitted: June 17, 2024
Decided: July 3, 2024

## **ORDER**

On June 3, 2024, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix by the filing deadline of May 21, 2024. Postal records show that the notice to show cause was delivered on June 4, 2024. A timely response to the notice to show cause was due by June 14, 2024. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice